No. 1053. Barland *v.* Ragen, Warden;
No. 1054. Blankenship *v.* Ragen, Warden;
No. 1055. Witt *v.* Ragen, Warden;
No. 1056. McCauley *v.* Ragen, Warden;
No. 1057. Bridges *v.* Ragen, Warden;
No. 1058. Rasmussen *v.* Ragen, Warden; and

No. 1059. CONKLIN *v.* RAGEN, WARDEN. June 5, 1944. Petitions for writs of certiorari to the Supreme Court of Illinois denied.